THE STATE EX REL. MARTIN, APPELLANT, *v.* OHIO ADULT

PAROLE AUTHORITY, APPELLEE.

[Cite as *State ex rel. Martin v. Ohio Adult Parole Auth.*,

**124 Ohio St.3d 63, 2009-Ohio-6164.**]

*Failure to timely file appeal from court of appeals' judgment — Motion for*

*reconsideration does not extend time to file appeal — Civ.R 60(B) motion*

*is not a substitute for a timely appeal — Judgment affirmed.*

(No. 2009-1279 — Submitted November 18, 2009 — Decided

December 1, 2009.)

APPEAL from the Court of Appeals for Lucas County, No. L-09-1094.

_____

**Per Curiam.**

**{¶ 1}** We dismiss the appeal of appellant, Robert Martin, because although he challenges the court of appeals' April 2009 judgment dismissing his complaint for a writ of mandamus and declaratory relief, he did not file a timely appeal from that judgment. S.Ct.Prac.R. II(2)(A)(1). Neither his motion for reconsideration nor his Civ.R. 60(B) motion for relief from judgment extended his time to appeal the judgment. *Cotten v. Fitzpatrick*, 98 Ohio St.3d 24, 2002-Ohio-7043, 780 N.E.2d 1019, ¶ 6; *Key v. Mitchell* (1998), 81 Ohio St.3d 89, 90, 689 N.E.2d 548. Finally, a "Civ.R. 60(B) motion for relief from judgment cannot be used as a substitute for a timely appeal * * *." Id. at 90-91, 689 N.E.2d 548; *State ex rel. Richard v. Cuyahoga Cty. Commrs.* (2000), 89 Ohio St.3d 205, 206, 729 N.E.2d 755.

Appeal dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Robert Martin, pro se.

Richard Cordray, Attorney General, and Melissa Montgomery, Assistant Attorney General, for appellee.

_____